**Dismissed; Opinion Filed August 19, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00320-CV

## IN THE INTEREST OF T.E.N., A CHILD

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-03-506**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Partida-Kipness

Appellant's brief in this case is overdue. By postcard dated July 24, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor has he corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).



/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

190320F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF T.E.N., A CHILD

No. 05-19-00320-CV     V.

On Appeal from the 439th Judicial District Court, Rockwall County, Texas
Trial Court Cause No. 1-03-506.
Opinion delivered by Justice Partida-Kipness, Justices Whitehill and Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 19th day of August, 2019.